ACCEPTED
04-15-00005-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
9/1/2015 10:43:56 AM
KEITH HOTTLE
CLERK

No. 04-15-00005-CV

_____

IN THE COURT OF APPEALS FOR THE FOURTH DISTRICT
OF TEXAS AT SAN ANTONIO

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
09/1/2015 10:43:56 AM
KEITH E. HOTTLE
Clerk

_____

*In re Estate of Jack Hiromi Ikenaga, Sr.*

_____

On Appeal from Cause No. 2011-PC-4330
In the First Probate Court of Bexar County, Texas

_____

**APPELLEE ACCC HOLDING CORPORATION'S
SECOND MOTION FOR EXTENSION OF TIME
TO FILE ITS BRIEF**

_____

TO THE HONORABLE COURT OF APPEALS:

Appellee ACCC Holding Corporation ("AHC") respectfully requests a 15-day extension of time to file its Appellee's Brief.

1.     After two 30-day extensions of time, Appellant Sandra Ikenaga filed her opening brief on June 24, 2015.

2.     AHC's brief is currently due on September 8, 2015.

3.     AHC previously sought, and received, a 45-day extension of time to file its brief.

4.     Appellees Jack H. Ikenaga, Jr., Nancy Summers, Christine

1

Ikenaga, Patrick Gasiorowski, and Eric Goodman are not opposed to the relief AHC requests in this motion.

5.     Counsel for AHC has attempted to confer with David McLane, counsel to Appellant Sandra Ikenaga. However, AHC's counsel has not received any response from Appellant's counsel. Therefore, the Court may presume that this motion is opposed.

6.     AHC's counsel offers the following details as a reasonable explanation of its need for an extension of time. *See* TEX. R. APP. P. 10.5(b)(1)(C).

7.     Having reviewed the Clerk's Record, Counsel has become aware of several items with which the record needs to be supplemented. The record is large, and required a substantial amount of time to review. Counsel will request supplementation of the record promptly.

8.     Counsel for AHC have other deadlines and responsibilities which cannot be moved, as follows:

   a. Joseph Cohen and Nicholas Stepp have been substantially involved in preparing a brief on the merits on behalf of Wuxi Taihu Tractor Company in the Supreme Court of Texas in Cause No. 15-0043, *Wuxi*

*Taihu Tractor Co. v. The York Group, Inc.* This brief was filed on August 26, 2015.

b. Nicholas Stepp participated extensively in filing a motion for rehearing and/or motion for en banc reconsideration in the Second Court of Appeals. No. 02-13-00339-CV, *Acadia Healthcare Co. v. Horizon Health Corp.*, on August 28, 2015.

c. Nicholas Stepp has a September 11, 2015 deadline to file a motion for summary judgment in *Placette v. Denny's Restaurant*, pending in the 152nd District Court of Harris County, Texas.

d. Among other pressing matters, Roger McCleary represents Third Party Defendant Hubbell Incorporated (Delaware) in Cause No. DC-14-12627, *Rodriguez v. Pioneer Natural Resources Co.*, in the 191st Judicial District Court of Dallas County, Texas. Mr. McCleary has depositions in this matter on August 27 and September 3, 2015. Mr. McCleary must devote substantial time preparing for and attending these

depositions.

e. Mr. McCleary represents Counter-Defendant Houston Galleria Lodging Associates, LLC in Cause No. 2013-63613; Houston Galleria Lodging Associates, LLC v. Jetall Companies Inc. and West Loop Hospitality, LLC, et al; in the 55th Judicial District Court of Harris County, Texas. Mr. McCleary has a deposition scheduled September 4, 2015 in this matter. Mr. McCleary must devote substantial time preparing for and attending this deposition.

f. Joseph Cohen and Nicholas Stepp represent Vaquillas Energy Lopeno, Ltd. and JOB Energy Partners II, Ltd. After a jury verdict and judgment in favor of Vaquillas and JOB, this Court affirmed in Cause No. 04-12-00219-CV. The Supreme Court of Texas recently denied review and denied rehearing of the petition. Messrs. Cohen and Stepp are currently involved in collection efforts in Webb County.

9. The preparation of a response brief in this case is counsel's

4

high priority. A 15-day extension will help counsel to prepare an accurate and concise response that will be useful to the Court.

## PRAYER

For these reasons, AHC requests an extension of time until September 23, 2015, for filing its response brief.

Respectfully submitted,

BEIRNE, MAYNARD & PARSONS, L.L.P.

*/s/ Roger L. McCleary*

Roger L. McCleary
State Bar No. 13393700
Joseph S. Cohen
State Bar No. 04508370
jcohen@bmpllp.com
Nicholas D. Stepp
State Bar No. 24077701
nstepp@bmpllp.com
1300 Post Oak Boulevard
Suite 2500
Houston, Texas 77056
Telephone: (713) 623-0887
Telecopier: (713) 960-1527

## CERTIFICATE OF CONFERENCE

I certify that I have attempted to confer with David McLane, counsel for Appellant Sandra Ikenaga, to ask if Appellant was opposed or unopposed to the relief requested in this motion. On Thursday, August 27, 2015, I e-mailed Mr. McLane. I have received no response. On Monday, August 31, I called Mr. McLane's office, was informed that he was unavailable, and left a message for him. I have not received a call back.

I certify that I have conferred with Sam Houston, counsel for Appellee Jack Ikenaga, Jr., to ask if his client was opposed or unopposed to the relief requested in this motion. Appellee Jack Ikenaga, Jr. is unopposed.

I certify that I have attempted to confer with Mark Stanton Smith, counsel for Appellee William D. Bailey, Temporary Administrator, to ask if Appellee Bailey was opposed or unopposed to the relief requested in this motion. On Thursday, August 27, 2015, I e-mailed Mr. Smith. I have received no response. On Tuesday, September 1, I called Mr. Smith's office, was informed that he was unavailable, and left a message for him. I have not received a call back.

I certify that I have conferred with Shelayne Clemmer, counsel for Appellees Nancy Summers, Christine Ikenaga, Patrick Gasiorowski, and Eric Goodman, to ask if these Appellees were opposed or unopposed to the relief requested in this motion. These Appellees are unopposed.

*/s/ Nicholas D. Stepp*
Nicholas D. Stepp

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent via e-filing or facsimile to the following parties on September 1, 2015:

David L. McLane
The McLane Law Firm
The Colonnade
9901 IH-10 West, Suite 695
San Antonio, Texas 78230
dlmclanelaw@yahoo.com
Tel: (210) 736-9966
Fax: (210) 547-7932

Philip M. Ross
1006 Holbrook Road
San Antonio, Texas 78218
philipmross@hotmail.com
**Attorneys for Appellant Sandra Ikenaga**

Mark Stanton Smith
3737 Broadway, Suite 370
San Antonio, Texas 78209
atysmith@heardandsmith.com
**Attorney for William D. Bailey, Temporary Administrator**

Michael J. Cenatiempo
770 South Post Oak Lane, Suite 500
Houston, Texas 77056
mikecen@cenatiempo.com

William H. Ford
10000 Reunion Place, Suite 640
San Antonio, Texas 78216
Bill.ford@fordmurray.com

Sam Houston
Houston Dunn
4040 Broadway, Suite 440
San Antonio, Texas 78209
Tel: (210) 775-0882
sam@hdappeals.com
**Attorneys for Jack Hiromi Ikenaga, Jr.**

Kevin M. Young
10101 Reunion Place, Suite 600
San Antonio, Texas 78209
kyoung@phmy.com
**Attorney for Nancy Summers, Christine Ikenaga, Patrick Gasiorowski, and Eric Goodman**

*/s/ Joseph S. Cohen*
Joseph S. Cohen